UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



---------------------------------------------------------

PAUL T. GUDANOWSKI,

                                    Plaintiff,

        -against-

JOHN DOE # 1, N.Y. STATE TROOPER, et al.,

                                    Defendants.

---------------------------------------------------------

20-CV-0111 (VB)

VALENTIN ORDER

VINCENT L. BRICCETTI, United States District Judge:

        Plaintiff, currently incarcerated in Collins Correctional Facility, brings this *pro se* action

under 42 U.S.C. § 1983, alleging that Defendants used excessive force against him. By order

dated February 27, 2020, the Court granted Plaintiff's request to proceed without prepayment of

fees, that is, *in forma pauperis*.[1]

## DISCUSSION

        Plaintiff brings this action against eight John Doe state troopers from the New York State

Police Department and two police officers from East Rutherford, New Jersey. Under *Valentin v.*

*Dinkins*, a *pro se* litigant is entitled to assistance from the district court in identifying a

defendant. 121 F.3d 72, 76 (2d Cir. 1997). In the complaint, Plaintiff supplies sufficient

information to permit the Attorney General of the State of New York to identify the John Doe

state troopers and the New Jersey police officers who allegedly used excessive force against

Plaintiff on January 2, 2017, in Rockland County. It is therefore ordered that the Attorney

General, who is the attorney for and agent of the New York State Police, shall ascertain the

identities of the John Doe defendants whom Plaintiff seeks to sue here and the addresses where

---

[1] Prisoners are not exempt from paying the full filing fee even when they have been
granted permission to proceed *in forma pauperis*. See 28 U.S.C. § 1915(b)(1).

these defendants may be served.[2] The Attorney General shall provide this information to Plaintiff and the Court by May 4, 2020.

Within thirty days of receiving this information, Plaintiff must file an amended complaint naming the John Doe defendants. The amended complaint will replace, not supplement, the original complaint. An amended complaint form that Plaintiff should complete is attached to this order. Once Plaintiff has filed an amended complaint, the Court will screen the amended complaint and, if necessary, issue an order directing the Clerk of Court to complete the USM-285 forms with the addresses for the named John Doe defendants and deliver all documents necessary to effect service to the U.S. Marshals Service.

## CONCLUSION

The Clerk of Court is directed to mail a copy of this order to Plaintiff, together with an information package.

The Clerk of Court is further instructed to mail a copy of this order and the complaint to the Attorney General of the State of New York at: 28 Liberty Street, New York, NY 10005. An "Amended Complaint" form is attached to this order.

SO ORDERED.

Dated:     March 4, 2020
           White Plains, New York

_____
VINCENT L. BRICCETTI
United States District Judge

---

[2] Although the two New Jersey police officers whom Plaintiff seeks to sue are not employed by the New York State Police, the agency may be able to identify the two individuals or provide their employer's name and contact information.

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

_____

_____

Write the full name of each plaintiff.

-against-

_____

_____

_____

Write the full name of each defendant. If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section IV.

_____CV_____
(Include case number if one has been assigned)

### AMENDED
## COMPLAINT
(Prisoner)

Do you want a jury trial?
☐ Yes    ☐ No

---

### NOTICE

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

---

## I.   LEGAL BASIS FOR CLAIM

State below the federal legal basis for your claim, if known. This form is designed primarily for prisoners challenging the constitutionality of their conditions of confinement; those claims are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a *"Bivens"* action (against federal defendants).

☐   Violation of my federal constitutional rights

☐   Other: _____

## II.   PLAINTIFF INFORMATION

Each plaintiff must provide the following information. Attach additional pages if necessary.

_____

First Name              Middle Initial              Last Name

_____

State any other names (or different forms of your name) you have ever used, including any name you have used in previously filing a lawsuit.

_____

Prisoner ID # (if you have previously been in another agency's custody, please specify each agency and the ID number (such as your DIN or NYSID) under which you were held)

_____

Current Place of Detention

_____

Institutional Address

_____

County, City              State              Zip Code

## III.   PRISONER STATUS

Indicate below whether you are a prisoner or other confined person:

☐   Pretrial detainee
☐   Civilly committed detainee
☐   Immigration detainee
☐   Convicted and sentenced prisoner
☐   Other: _____

# IV.    DEFENDANT INFORMATION

To the best of your ability, provide the following information for each defendant. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are identical to those listed in the caption. Attach additional pages as necessary.

Defendant 1: _____

First Name                    Last Name                    Shield #

_____

Current Job Title (or other identifying information)

_____

Current Work Address

_____

County, City                    State                    Zip Code

Defendant 2: _____

First Name                    Last Name                    Shield #

_____

Current Job Title (or other identifying information)

_____

Current Work Address

_____

County, City                    State                    Zip Code

Defendant 3: _____

First Name                    Last Name                    Shield #

_____

Current Job Title (or other identifying information)

_____

Current Work Address

_____

County, City                    State                    Zip Code

Defendant 4: _____

First Name                    Last Name                    Shield #

_____

Current Job Title (or other identifying information)

_____

Current Work Address

_____

County, City                    State                    Zip Code

## V.    STATEMENT OF CLAIM

Place(s) of occurrence: _____

Date(s) of occurrence: _____

**FACTS:**

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and how each defendant was personally involved in the alleged wrongful actions. Attach additional pages as necessary.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

_____

_____

_____

_____

_____

## VI.   RELIEF

State briefly what money damages or other relief you want the court to order.

_____

_____

_____

_____

_____

_____

_____

## VII.   PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I understand that if I file three or more cases while I am a prisoner that are dismissed as frivolous, malicious, or for failure to state a claim, I may be denied *in forma pauperis* status in future cases.

I also understand that prisoners must exhaust administrative procedures before filing an action in federal court about prison conditions, 42 U.S.C. § 1997e(a), and that my case may be dismissed if I have not exhausted administrative remedies as required.

I agree to provide the Clerk's Office with any changes to my address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

_____       _____

Dated                                                               Plaintiff's Signature

_____

First Name                          Middle Initial              Last Name

_____

Prison Address

_____

County, City                                      State                       Zip Code

Date on which I am delivering this complaint to prison authorities for mailing:  _____