MEMORANDUM ENDORSEMENT

Gudanowski v. John Doe, N.Y. State Trooper et al.
20 CV 111 (VB)

      In the attached "declaration in opposition to Attorney General's failure to provide the names of the John Doe defendants," dated April 16, 2020, plaintiff, proceeding pro se and in forma pauperis, does not declare anything. Nor does he seek any relief.

      To the extent plaintiff "opposes" the fact the Attorney General has not yet provided the identities of the John Doe defendants plaintiff sought to sue in his complaint, the Attorney General has until **May 4, 2020**, to identify these defendants and supply such information to the plaintiff and to the Court. (See Doc. #7).

      In addition, plaintiff's declaration is addressed to my Chambers. Plaintiff **must** address all future correspondence to the Pro Se Clerk at the following address:

> United States District Court
> Pro Se Clerk
> 300 Quarropas St.
> White Plains, NY 10601

**The Court will disregard any future submissions sent directly to Chambers. To be clear, the Court will return to plaintiff all future submissions sent directly to Chambers.**

      Chambers will mail a copy of this Order to plaintiff at the address on the docket.

      The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this Order would not be taken in good faith, and therefore in forma pauperis status is denied for the purpose of an appeal. See Coppedge v. United States, 369 U.S. 438, 444–45 (1962).

Dated: April 21, 2020
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PAUL T. GUDANOWSKI

_____

Fill in above the full name of each plaintiff or petitioner.

Case No.  20-CV-00111-VB

-against-

JOHN DOE#1, N.Y. STATE TROOPER, et al.,

_____

_____

_____

Fill in above the full name of each defendant or respondent.

## DECLARATION

In Opposition to Attorney General's failure to provide the

names of the John Doe defendants. Dated: April 16, 2020 (Doc#9)

Briefly explain above the purpose of the declaration, for example, "in Opposition to Defendant's Motion for Summary Judgment."

I, PAUL T. GUDANOWSKI, declare under penalty of perjury that the following facts are true and correct:

In the space below, describe any facts that are relevant to the motion or that respond to a court order. You may also refer to and attach any relevant documents.

*[Signature]* Paul T. Gudanowski    4/16/20

Attach additional pages and documents if necessary.

4/16/20
Executed on (date)

Signature

PAUL T. GUDANOWSKI
Name

17A4084
Prison Identification # (if incarcerated)

Collins Corr. Facility    PO BOX 340  Collins,  NY  14034-0340
Address                   City                 State    Zip Code

Telephone Number (if available)         E-mail Address (if available)

Page 2

**COLLINS CORRECTIONAL FACILITY**
P.O. BOX 340
COLLINS, NEW YORK 14034-0340

NAME: PAUL T. GUDANOWSKI    DIN: 17A40084

NEOPOST
04/17/2020
US POSTAGE $000.50⁰
ZIP 14034
041M11455116
FIRST-CLASS MAIL

COLLINS
CORRECTIONAL FACILITY

CHAMBERS of VINCENT L. BRICCETTI
UNITED STATES DISTRICT JUDGE
UNITED STATES COURTHOUSE
300 QUARROPAS STREET
WHITE PLAINS, N.Y. 10601

LEGAL MAIL

LEGAL MAIL