

<pre>
APPLICATION GRANTED.  By 8/21/2020, Mr. Ginzburg shall either (i) file a
notice of appearance on the ECF docket, or (ii) update the Court in writing as to
the status of his anticipated representation of plaintiff in this matter.

Plaintiff's time to file a second amended complaint is extended to 10/12/2020.
This deadline will not be further extended, even if plaintiff does not retain
counsel by that date.

Chambers will mail a copy of this Order to plaintiff at the address on the docket.

The Clerk is directed to terminate the letter-motion.  (Doc. #17).

SO ORDERED:

_____
Vincent L. Briccetti, U.S.D.J.   8/11/2020
</pre>

**VIA ELECTRONIC** [FILING]
Hon. Vincent L. Briccetti
The Hon. Charles L. [Brieant Jr. Federal Building and United States Courthouse]
Federal Building and [United States Courthouse]
300 Quarropas St.
White Plains, NY 10[601]

    Re:   *Gudanowski v. John Doe #1, N.Y. State Trooper, et al.*
           **Civil Action No. 7:20-cv-111-VB**

Dear Judge Briccetti:

    Plaintiff Paul Gudanowski ("Plaintiff") is in the process of retaining my firm to represent him in the above-captioned action.  I write to request a 60-day extension of the deadline the Court set forth in its Order dated June 12, 2020 (ECF No. 16) (the "Order") for Plaintiff to file a Second Amended Complaint.

    The Order directed Plaintiff to file a Second Amended Complaint by August 12, 2020 so that the State, pursuant to *Valentin v. Dinkins*, 121 F.3d 72 (2d Cir. 1997), may ascertain the identities of the John Doe defendants who inflicted Plaintiff's injuries.  In light of my firm's prospective appearance on Plaintiff's behalf, however, the State's obligation pursuant to *Valentin* would likely dissolve.  Nonetheless, before filing the Second Amended Complaint, I respectfully request an opportunity to obtain the information set forth in the Order, e.g., the names, physical description, ranks, etc. of the officers involved, by serving Freedom of Information Law and Open Public Records Act Requests in New York and New Jersey, respectively, upon the relevant law enforcement agencies.  Obtaining this information prior to filing the Second Amended Complaint will ensure that that pleading should be the final one in this case and the parties can embark upon the litigation without the disruption of additional amendments and motions to add new parties.



    This is Plaintiff's first request for an extension of time. I have conferred with Assistant Attorney General Brendan Horan of the New York State Attorney General's Office, and he has kindly consented to this application. If the Court were to grant the application, the new deadline for Plaintiff to file a Second Amended Complaint would be October 12, 2020.

    Plaintiff and I thank the Court for its consideration of this matter.

Respectfully submitted,

/s/ *Daniel Ginzburg*

Daniel Ginzburg

cc:    Brendan Horan, Esq. (via ECF)