UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
PAUL T. GUDANOWSKI,
                Plaintiff,

v.

TROOPER DARRYL M BURRELL in his individual capacity, TROOPER GREGORY MAXWELL in his individual capacity, TROOPER FRANCISCO E. MADERA in his individual capacity, TROOPER ANDREW T. BUKOVINSKY in his individual capacity, TROOPER WILLIAM R. PAYNE in his individual capacity, OFFICER BRIAN C. MONTAGUE, and OFFICER KEVIN J. FELTEN,
                Defendants.
--------------------------------------------------------------x

**ORDER**

20 CV 111 (VB)

      On November 27, 2020, defendants Montague and Felten were served with the second amended complaint and summons.  (Docs. ##30, 31).  Accordingly, their response to the second amended complaint was due December 18, 2020.

      On December 29, 2020, counsel appeared on behalf of defendants Montague and Felten. However, to date, defendants Montague and Felten have not answered, moved, or otherwise responded to the second amended complaint.

      Accordingly, the Court <u>sua sponte</u> extends to January 18, 2021, defendant Montague and Felten's time to answer, move, or otherwise respond to the second amended complaint.

Dated: January 4, 2021
       White Plains, NY

                                        SO ORDERED:

                                        Vincent L. Briccetti
                                        United States District Judge