UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
PAUL T. GUDANOWSKI,
                Plaintiff,

v.

TROOPER DARRYL M BURRELL
in his individual capacity, TROOPER
GREGORY MAXWELL in his individual
capacity, TROOPER FRANCISCO E.
MADERA in his individual capacity,
TROOPER ANDREW T. BUKOVINSKY in
his individual capacity, TROOPER WILLIAM
R. PAYNE in his individual capacity,
OFFICER BRIAN C. MONTAGUE, and
OFFICER KEVIN J. FELTEN,
                Defendants.
--------------------------------------------------------------x

**ORDER**

20 CV 111 (VB)

      On May 28, 2021, plaintiff filed a notice of change of address, indicating that his address is now 168 Frontage Road, Newark, New Jersey, 07114, which is the address of Northern State Prison. (Doc. #57). However, only plaintiffs proceeding pro se must update the Court when their address changes. Plaintiffs represented by an attorney need not do so. According to the docket, plaintiff is represented by Daniel Ginzburg.

      Accordingly, it is HEREBY ORDERED that by June 30, 2021, Mr. Ginzburg shall submit a letter to the Court that (i) confirms that he is still representing plaintiff, and (ii) if he is still representing plaintiff, that Mr. Ginzburg has explained to plaintiff that as long as he is represented by an attorney, plaintiff should communicate with the Court through his attorney and that plaintiff need not inform the Court when his address changes.

Dated: June 16, 2021
      White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge