UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
PAUL T. GUDANOWSKI,
       Plaintiff,

V.

TROOPER DARRYL M BURRELL
IN HIS INDIVIDUAL CAPACITY, TROOPER
GREGORY MAXWELL IN HIS INDIVIDUAL
CAPACITY, TROOPER FRANCISCO E.
MADERA IN HIS INDIVIDUAL CAPACITY,
TROOPER ANDREW T. BUKOVINSKY IN
HIS INDIVIDUAL CAPACITY, TROOPER
WILLIAM R. PAYNE IN HIS INDIVIDUAL
CAPACITY, OFFICER BRIAN C.
MONTAGUE, AND OFFICER KEVIN J.
FELTEN,

       Defendants.
--------------------------------------------------------------x

**ORDER REGARDING
SEALED DOCUMENTS**

20 CV 111 (VB)



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/8/21

The Court having entered a protective order, (Doc. #68), which, among other things, provides for the filing of documents under seal, it is further ORDERED:

1. The parties shall consult and comply with the instructions for filing documents under seal, as set forth in: (i) Section 6 of the Court's Electronic Case Filing Rules & Instructions; (ii) the Court's "Sealed Records Filing Instructions," available at https://nysd.uscourts.gov/programs/records; and (iii) Judge Briccetti's Individual Practices.

2. A full and unredacted courtesy copy of any submission of documents electronically filed under seal shall be provided to Chambers as soon as practicable, marked "Chambers Copy" and "Contains Confidential Information Filed Under Seal."

Dated: December 8, 2021
      White Plains, NY

SO ORDERED:

Vincent L. Briccetti
United States District Judge