```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
PAUL T. GUDANOWSKI,                                           :
                    Plaintiff,                                :
                                                              :
v.                                                            :
                                                              :
TROOPER DARRYL M BURRELL                                      :
IN HIS INDIVIDUAL CAPACITY, TROOPER                           :
GREGORY MAXWELL IN HIS INDIVIDUAL                             :    ORDER
CAPACITY, TROOPER FRANCISCO E.                                :
MADERA IN HIS INDIVIDUAL CAPACITY,                            :    20 CV 111 (VB)
TROOPER ANDREW T. BUKOVINSKY IN                               :
HIS INDIVIDUAL CAPACITY, TROOPER                              :
WILLIAM R. PAYNE IN HIS INDIVIDUAL                            :
CAPACITY, OFFICER BRIAN C.                                    :
MONTAGUE, AND OFFICER KEVIN J.                                :
FELTEN,                                                       :
                    Defendants.                               :
--------------------------------------------------------------x
```

As discussed at a conference held today and attended by counsel for all parties, it is HEREBY ORDERED:

1. By **July 1, 2022**, counsel for plaintiff and counsel for defendants Brian Montague and Kevin Felten shall submit a joint letter regarding their settlement efforts.

2. If any party anticipates filing a motion for summary judgment, counsel shall file a letter setting forth the basis for the motion in accordance with Paragraph 2.B of Judge Briccetti's individual practices by no later than **July 1, 2022**. A response shall be due from the opposing party on **July 15, 2022**.

3. The Court will conduct a pre-motion conference on **August 12, 2022, at 2:30 p.m.**, to proceed in person at the White Plains Courthouse, Room 620.

Dated: June 17, 2022
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge