UNITED STATES DISTRICT COURT
SOURTHERN DISTRICT OF NEW YORK

---

PAUL T. GUDANOWSKI,

                Plaintiff,

-against-                      20 **CIVIL** 111 (VB)

## **JUDGMENT**

TROOPER DARRYL M. BURRELL,
TROOPER GREGORY MAXWELL,
TROOPER FRANCISCO E. MADERA,
TROOPER ANDREW T. BUKOVINSKY,
and TROOPER WILLIAM R. PAYNE,
each in his individual capacity,

                Defendants.

---

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated April 24, 2023, Defendants' motion for summary judgment is GRANTED; accordingly, the case is closed.

**Dated:** New York, New York

      April 25, 2023

                                                  **RUBY J. KRAJICK**

                                                          **Clerk of Court**

                **BY:**        K. Mango

                                                         **Deputy Clerk**